IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ALLEN YECKEL,<br>      Petitioner<br><br>  vs.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA; SUPERINTENDENT<br>MR. WAKEFIELD; PENNSYLVANIA<br>BOARD OF PROBATION & PAROLE;<br>THE DISTRICT ATTORNEY OF<br>WESTMORELAND COUNTY; THE<br>ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA,<br>      Respondents | **2:05cv839**<br>**Electronic Filing**<br><br>Judge Cercone<br>Magistrate Judge Hay |

ORDER

AND NOW, this 29 day of March, 2006, after the petitioner, James Allen Yeckel, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS ORDERED that the Petition is denied as without merit;

  IT IS FURTHER ORDERED that a certificate of appealability is denied;

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                _/s/ D. Cercone_
                DAVID STEWART CERCONE
                United States District Judge

cc: The Honorable Amy Reynolds Hay
United States Magistrate Judge

James Allen Yeckel
CG-2293
SCI Greensburg
R.D. 10, Box 10
Greensburg, PA 15601

Kemal Alexander Mericli
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219